UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRES GARCIA-NIETO,<br><br>    Defendant. | Civil Action Number<br>2:15-cr-0199-AKK-JEO |

## ORDER

On October 22, 2015, the magistrate judge entered a report and recommendation, doc. 25, regarding Defendant Andres Garcia-Nieto's motion to suppress, doc. 17, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On November 5, 2015, Defendant filed objections to the magistrate judge's report and recommendation. Doc. 26.

Having reviewed the motion and the parties' arguments, the transcript of the September 4, 2015 hearing, the magistrate's report and recommendation, and Defendant's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge, and **ACCEPTS** the recommendation. Accordingly, Defendant's motion to suppress is **DENIED**.

**DONE** the 1st day of April, 2016.

                                                                     **ABDUL K. KALLON**
                                              UNITED STATES DISTRICT JUDGE